# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**                    **CRIMINAL NO. 10-105-BAJ-SCR**

**VERSUS**

**EMMANUEL M. KOMANDU (#0549095)**

## RULING AND
## ORDER OF DISMISSAL

The Court has carefully considered the Petition Under 28 U.S.C. § 2255 for Writ of Habeas Corpus by a person in Federal Custody, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated March 11, 2013 (Doc. 84).

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that the petitioner's claim that he was denied effective assistance of counsel during and after his guilty plea and sentence, when his attorney: (1) did not provide effective assistance of counsel during plea negotiations and during sentencing; (2) failed to raise the argument that there was insufficient evidence to support the conviction; (3) failed to introduce mitigating evidence at sentencing; (4) failed to challenge the court's erroneous intended loss calculation; and (5) failed to file a notice of appeal, is denied and this action is hereby dismissed.

Baton Rouge, Louisiana, August 23, 2013.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA